NIEVES, PETICIONARIO, *v.* FOOTE, JUEZ DE DISTRITO, DEMANDADO.

SOLICITUD para que se expida un auto de *certiorari* contra
el Juez de la Corte de Distrito de Ponce.

No. 343.—Resuelto en junio 16, 1922.

DESTITUCIÓN DE FUNCIONARIOS MUNICIPALES—*Injunction* PARA IMPEDIR LA DESTI-
TUCIÓN DE FUNCIONARIOS.—Destituído el comisionado de instrucción por la
asamblea municipal, instó *certiorari* para obtener la anulación del acuerdo
destituyéndolo y en trámite el recurso solicitó y obtuvo una orden de *injunc-
tion* contra la asamblea y el funcionario nombrado para sustituirlo a fin de

que se abstuvieran de estorbarlo en sus funciones como tal comisionado. *Se resolvió:* que la corte carecía de jurisdicción para intervenir por medio de *injunction* sobre el derecho del peticionario al cargo porque tal cuestión es legal por su naturaleza y debe ser decidida como materia de ley por lo que no procede el *injunction* que es remedio en equidad.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. R. Arjona Siaca.*

Abogados de los interventores: *Sres. D. Sepúlveda, J. Rosario Gelpí* y *L. Tormes.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

La Asamblea Municipal de Guánica, por acuerdo de 2 de diciembre de 1921, destituyó a Clemente J. Rodríguez Carlo del cargo de Comisionado de Instrucción Pública de aquel municipio que estaba desempeñando, y tres días después el Concejo de Administración nombró a Pedro Nieves para sustituirlo interinamente mientras la Asamblea Municipal confirmase o rechazase dicho nombramiento. El 12 de diciembre la Asamblea Municipal de dicho municipio ordenó la cancelación de la fianza que el funcionario destituído tenía prestada para responder de su cargo y autorizó a Pedro Nieves para que prestara fianza como Comisionado de Instrucción Pública, cargo que estaba desempeñando desde el 6 de diciembre.

El 15 de diciembre Clemente J. Rodríguez Carlo presentó en la Corte de Distrito de Ponce una petición de *certiorari* contra la Asamblea Municipal de Guánica para que fuese anulado el acuerdo que lo destituyó del cargo de Comisionado de Instrucción Pública de aquel municipio y en 4 de enero de 1922 recayó sentencia declarando la nulidad de tal acuerdo y contra ella interpuso la Asamblea Municipal recurso de apelación que está pendiente.

Antes de que fuera resuelto el *certiorari* el mismo Clemente J. Rodríguez Carlo presentó el 28 de diciembre de 1921 en la misma corte de distrito una petición de *injunction* contra la Asamblea Municipal de Guánica y contra Pedro

Nieves, en la que insertó la petición de *certiorari* a que hemos hecho referencia y alegando que no ha hecho entrega de su cargo a Pedro Nieves y que éste y la Asamblea Municipal tienden a hacer ineficaz la resolución que pueda dictarse en el procedimiento de *certiorari* que tenía establecido solicitó que se librase orden para que los demandados se abstengan de realizar acto alguno tendente a perjudicarle en sus derechos como Comisionado de Instrucción Pública de Guánica o a estorbarle en sus funciones como tal. El mismo día 28 la corte de distrito, fundándose en la petición de *injunction* y en la de *certiorari,* dictó una orden de entredicho por la cual prohibió a los demandados que estorbasen al peticionario en el desempeño de su cargo de Comisionado de Instrucción Pública del Municipio de Guánica y señaló día para que comparecieran los demandados a mostrar las causas que tuvieran para que no se concediera el *injunction* solicitado. El día 4 de enero de 1922 los demandados presentaron en el procedimiento de *injunction* varias alegaciones contra la petición y contestaron la petición. También en ese día el peticionario solicitó de la corte que castigase a Pedro Nieves por desacato, por haberse negado a entregarle la llave de la oficina del Comisionado de Instrucción Pública del municipio. El 13 de enero compareció Pedro Nieves ante la corte, citado por desacato, y aquélla se limitó a amonestarle, pero le ordenó que al día siguiente hiciera entrega de dicha llave a Clemente J. Rodríguez Carlo. Después, y por haber alegado el peticionario que se había negado a entregarle la llave Pedro Nieves fué citado nuevamente por desacato y en este estado quedó en suspenso el procedimiento por haberlo reclamado nosotros en virtud de un auto de *certiorari* establecido por Pedro Nieves. Con las diligencias sobre *injunction* nos fueron remitidas las del *certiorari* a que aquéllas se refieren.

La Ley Municipal vigente que creó las asambleas municipales confirió jurisdicción en su artículo 65 a las cortes

de distrito para en forma de *certiorari* y a instancia de parte perjudicada anular o revisar cualquier acto legislativo o administrativo de las asambleas municipales que lesione derechos constitucionales de los querellantes o sea contrario a la Ley Orgánica o a las leyes de Puerto Rico, procedimiento que instituyó Clemente J. Rodríguez Carlo para que se decidiese que es nulo el acuerdo administrativo de la Asamblea Municipal de Guánica destituyéndolo del cargo de Comisionado de Instrucción Pública de dicho municipio y por consiguiente que continúa siendo tal comisionado.

Establecido ese procedimiento para decidir en ley la cuestión indicada no tenía jurisdicción la corte inferior para intervenir por medio de *injunction,* que es un remedio en equidad, sobre el derecho del peticionario al cargo público, porque tal cuestión es legal por su naturaleza y debe ser decidida solamente como materia de ley por lo que no procede el *injunction* contra el funcionario o cuerpo que puede destituir para impedir la destitución de un empleado público ni contra la persona nombrada en lugar del oficial destituído para impedirle ejercitar los deberes de su cargo. 22 R. C. L. 454; Wood sobre *Mandamus,* 107. Además, de la solicitud de *injunction* aparece que el peticionario no es en la actualidad el Comisionado de Instrucción Pública de Guánica mientras no se resuelva definitivamente si su destitución es ilegal y por tanto no debió librarse el *injunction* que pidió para que no se le obstaculizara como tal comisionado, ni debió la corte dar órdenes para que la persona nombrada en su lugar le dejara actuar como dicho comisionado haciéndole entrega de la llave de la oficina.

En consecuencia de lo expuesto el procedimiento de *injunction* referido es improcedente y debe ser anulado.

> *Anulado el procedimiento de injunction seguido por Clemente J. Rodríguez Carlo contra la Asamblea Municipal de Guánica y contra Pedro Nieves.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la vista de este caso.